IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

APR 2 2018

US District Court
Western District of NC

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR THE FOLLOWING: | ) ) ) ) NO. 3:18mj107 ) ) **Filed Under Seal** |
| ARREST WARRANT FOR BIREN SHETH | ) ) |
| ARREST WARRANT FOR RAFID LATIF | ) ) |
| ARREST WARRANT FOR IMTIAZ SHAREEF | ) ) ) |
| ARREST WARRANT FOR EJAZ SHAREEF | ) |

## ORDER SEALING COMPLAINT, AFFIDAVIT, APPLICATION, AND WARRANTS

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Affidavit, Application, Arrest Warrants, this Motion, and any Order issued pursuant to this Motion be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Application, Arrest Warrants, this Motion, and any Order issued pursuant to this Motion be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 2 day of April, 2018.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE