IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CR-157-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | ORDER |
| ) | |
| BIREN SHETH, ) | |
|     Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Leave To File Under Seal" (Document No. 105) filed January 22, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Leave To File Under Seal" (Document No. 105) is **GRANTED**, and Defendant's Sentencing Memorandum is sealed until further Order of this Court.

    **SO ORDERED**.

Signed: January 22, 2019

David C. Keesler
United States Magistrate Judge